Page: 8 of 11

Central Violations Bureau
Magistrate Judge Case Pending Report
Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG

01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name<br>Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FBGB002X M5<br>6:18-PO-05043-JCL | 05/28/2018 | RONNE, HEATHER L<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/06/2018<br>Comments: | O | 180.00 | 0.00 | 180.00 |
| F4872564 M8<br>6:17-PO-05054-JCL | 09/06/2017 | SCHNITZLER, TONIA S<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 12/07/2017<br>Comments: | O | 95.00 | 0.00 | 95.00 |
| FAJI002Q M8<br>6:18-PO-05078-JCL | 06/19/2018 | SEBESTA, JIRI<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/06/2018<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FBDW009E M8<br>6:17-PO-05030-JCL | 07/15/2017 | SHERWOOD, CHARLES F<br>Leaving a Campfire without Completely Extinguishing It. | Current:<br>New: - | 09/14/2017<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJD003Z M5<br>6:17-PO-05003-JCL | 02/02/2017 | SHOEMAKER, TRYSTIN A<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 06/08/2017<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJD0040 M5<br>6:17-PO-05003-JCL | 02/02/2017 | SHOEMAKER, TRYSTIN A<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 06/08/2017<br>Comments: | O | 330.00 | 0.00 | 330.00 |
| FBGB0022 M5<br>6:17-PO-05061-JCL | 09/03/2017 | SIDES, JOSEPH W<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 12/07/2017<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB003H M5<br>6:18-PO-05080-JCL | 10/05/2018 | SIEFKE, RONALD E<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/06/2018<br>Comments: | O | 180.00 | 0.00 | 180.00 |
| FBGB001L M5<br>6:17-PO-05011-JCL | 03/22/2017 | SMITH, MORGAN L<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 06/08/2017<br>Comments: | O | 95.00 | 0.00 | 95.00 |
| F5364234 M5<br>6:19-PO-05015-KLD | 04/11/2019 | SMITH, SHANA M<br>Abandoning Any Personal Property | Current:<br>New: - | 06/13/2019<br>Comments: | O | 130.00 | 0.00 | 130.00 |

1/2023 Jen Clark verbally gave permission to dismiss these old CVB cases to align with the Court's process of cleaning up CVB cases that are older than 2 years.

Central Violations Bureau
Magistrate Judge Case Pending Report
Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG

01/12/2023

**According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.**

**Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.**

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| F5362305 M8 | 05/25/2018 | SNOW, KRISTIN J | Current: | 09/06/2018 | O | 95.00 | 0.00 | 95.00 |
| 6:18-PO-05046-JCL | | Driving with An Identification Card Only | New: - | Comments: | | | | |
| FBGB003F M5 | 09/13/2018 | STAHLBERG, CHADRICK L | Current: NW | 12/06/2018 | O | 230.00 | 0.00 | 230.00 |
| 6:18-PO-05082-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| F4872818 M5 | 01/16/2019 | STEVENS, AUSTIN C | Current: | 06/13/2019 | O | 230.00 | 0.00 | 230.00 |
| 6:19-PO-05018-KLD | | MOTOR VEH USE - DRIVING OFF DESIGNATED ROUTE | New: - | Comments: | | | | |
| FBGB001P M5 | 04/23/2017 | SWITZER, JUSTICE | Current: NW | 06/08/2017 | O | 95.00 | 0.00 | 95.00 |
| 6:17-PO-05010-JCL | | TRAFFIC OFFENSES, OTHER | New: - | Comments: | | | | |
| F4872553 M8 | 06/04/2017 | THOMAS, PETE W | Current: NZ | 09/14/2017 | O | 130.00 | 125.00 | 5.00 |
| 6:17-PO-05037-JCL | | Occupancy of National Forest System Lands [other] | New: - | Comments: | | | | |
| F5362314 M8 | 06/03/2018 | THOMPSON, TYLER K | Current: | 09/06/2018 | O | 230.00 | 0.00 | 230.00 |
| 6:18-PO-05049-JCL | | Public Health and Safety/Marijuana | New: - | Comments: | | | | |
| F5362315 M8 | 06/03/2018 | THOMPSON, TYLER K | Current: | 09/06/2018 | O | 130.00 | 0.00 | 130.00 |
| 6:18-PO-05049-JCL | | Public Health and Safety/Paraphernalia | New: - | Comments: | | | | |
| FBGB0034 M5 | 08/10/2018 | TREAT, JOHN E | Current: NW | 12/06/2018 | O | 230.00 | 0.00 | 230.00 |
| 6:18-PO-05085-JCL | | TRAFFIC OFFENSES, OTHER | New: - | Comments: | | | | |
| FBGB001F M5 | 11/30/2016 | WEBBER, AARON J | Current: NW | 06/08/2017 | O | 430.00 | 0.00 | 430.00 |
| 6:17-PO-05005-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| FBGB001G M5 | 11/30/2016 | WEBBER, AARON J | Current: NW | 06/08/2017 | O | 330.00 | 0.00 | 330.00 |
| 6:17-PO-05005-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |

**Central Violations Bureau**
**Magistrate Judge Case Pending Report**
**Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG**



**According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.**

**Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.**

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FBGB001J M5 | 12/10/2016 | WHITAKER, JASON E | Current: WZ | 06/08/2017 | O | 330.00 | 100.00 | 230.00 |
| 6:17-PO-05012-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| F4872552 M8 | 06/03/2017 | WHITE, JARED A | Current: NW | 09/14/2017 | O | 330.00 | 0.00 | 330.00 |
| 6:17-PO-05031-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| FAJI0029 M8 | 08/09/2017 | WHITE, JOHN R | Current: NW | 12/07/2017 | O | 80.00 | 0.00 | 80.00 |
| 6:17-PO-05056-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| F4873150 M8 | 06/23/2018 | WILBURN, DUANE E | Current: NW | 09/06/2018 | O | 95.00 | 0.00 | 95.00 |
| 6:18-PO-05054-JCL | | TRAFFIC OFFENSES, OTHER | New: - | Comments: | | | | |
| F5163776 M8 | 06/23/2018 | WILBURN, DUANE E | Current: NW | 09/06/2018 | O | 95.00 | 0.00 | 95.00 |
| 6:18-PO-05054-JCL | | TRAFFIC OFFENSES, OTHER | New: - | Comments: | | | | |
| FAJD004V M5 | 07/15/2018 | WORKS, JOSHUA E | Current: NW | 09/06/2018 | O | 130.00 | 0.00 | 130.00 |
| 6:18-PO-05056-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| FAJD004W M5 | 07/15/2018 | WORKS, JOSHUA E | Current: NW | 09/06/2018 | O | 330.00 | 0.00 | 330.00 |
| 6:18-PO-05056-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |
| FAJD0050 M5 | 06/02/2018 | YERIAN, RUSSELL A | Current: | 06/13/2019 | O | 230.00 | 0.00 | 230.00 |
| 6:19-PO-05020-KLD | | Operating a Motor Vehicle in Violation of Mvum | New: - | Comments: | | | | |
| FAEC004U M8 | 08/18/2018 | YOUNG, MICKAELA R | Current: NW | 12/06/2018 | O | 330.00 | 0.00 | 330.00 |
| 6:18-PO-05088-JCL | | MISCELLANEOUS GENERAL OFFENSES, OTHER | New: - | Comments: | | | | |

99 Total Citations for site KALS